■ In the Matter of ANTHONY BLUE, Petitioner, v GREGORY CARRO et al., Respondents. [995 NYS2d 501]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Tom, J.P., Sweeny, Andrias, Moskowitz and Gische, JJ.

■ In the Matter of ANTHONY BLUE, Petitioner, v BRUCE ALLEN et al., Respondents. [995 NYS2d 501]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Tom, J.P., Sweeny, Andrias, Moskowitz and Gische, JJ.

SECOND DEPARTMENT, OCTOBER, 2014

(October 1, 2014)

■ CATHY-JO BERISH et al., Respondents, v LORI VASQUEZ, Appellant. [993 NYS2d 567]—

In an action to recover damages for personal injuries, etc., the defendant appeals from an order of the Supreme Court, Dutchess County (Rosa, J.), dated September 9, 2013, which denied her motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

At approximately 3:00 p.m. on June 25, 2010, the plaintiff Cathy-Jo Berish (hereinafter the injured plaintiff) was in the process of turning left from a left-hand turn lane on eastbound New York State Route 52, in the Village of Fishkill, across the westbound lane of traffic and into a parking lot, when she was involved in an accident with another vehicle owned and operated by the defendant, who was traveling westbound on Route 52. The injured plaintiff, and her husband suing derivatively, commenced this action against the defendant, the defendant